1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAMEIN SPRUIELL,                    ) NO. CV 06-01387-CJC (MAN)
                                        ) NO. CV 08-00973-CJC (MAN)
12                 Petitioner,          ) [Consolidated Cases]
                                        )
13       v.                             ) ORDER ADOPTING FINDINGS,
                                        )
14  D.L. RUNNELS,                       ) CONCLUSIONS, AND RECOMMENDATIONS
                                        )
15                 Respondent.          ) OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions

19  for Writ of Habeas Corpus filed in these consolidated cases, all of the

20  records herein, the Report and Recommendation of United States

21  Magistrate Judge ("Report"), and Petitioner's Objections.  The Court has

22  conducted a *de novo* review of those matters to which objections have

23  been stated in writing.  Having completed its review, the Court accepts

24  and adopts the Report and the findings of fact, conclusions of law, and

25  recommendations therein.

26

27       IT IS ORDERED that:  (1) Respondent's Motion to Dismiss filed on

28  May 21, 2008, is GRANTED, and the habeas claims identified in the Report

as Grounds Eleven and Twelve are dismissed as untimely; (2) the remaining habeas claims alleged by Petitioner are DENIED on their merits; (3) Petitioner's Motion for an Evidentiary Hearing filed on November 17, 2008, is DENIED; and (4) Judgment shall be entered dismissing these consolidated actions with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 26, 2009.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2